**Order entered November 1, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01420-CV

## WILLIE EVANS ET. AL., Appellants

## V.

## GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10959**

## ORDER

We **GRANT** appellants' October 29, 2013 motion for an extension of time to file the

reporter's record.  The reporter's record shall be filed on or before November 14, 2013.


/s/      DAVID LEWIS
JUSTICE